AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  3:21-CV-00353-N |
| Alan Boeckmann et al | ) ) | |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alan Boeckmann

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION<br>*Plaintiff*<br><br>v.<br><br>Alan Boeckmann et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  3:21-CV-00353-N

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peter J Fluor

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION<br>_Plaintiff_<br>v.<br>Alan Boeckmann et al<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  3:21-CV-00353-N |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Rosemary T Berkery

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____02/22/2021_____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) |
| *Plaintiff* | ) ) ) |
| v. | ) |
| Alan Boeckmann et al | ) ) ) |
| *Defendant* | ) |

Civil Action No.   3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alan M Bennett

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-CV-00353-N |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Armando J Olivera

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION _____ *Plaintiff* v. Alan Boeckmann et al _____ *Defendant* | ) ) ) ) ) ) ) Civil Action No.  3:21-CV-00353-N |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew K Rose

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:21-CV-00353-N |
| Alan Boeckmann et al | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James T Hackett

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:       02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alan Boeckmann et al | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. 3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David E Constable

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION<br>_Plaintiff_<br><br>v.<br><br>Alan Boeckmann et al<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Thomas C Leppert

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____02/22/2021_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) |

Civil Action No.   3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David T Seaton

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:          02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.  3:21-CV-00353-N |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carlos M Hernandez

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) |

Civil Action No.   3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peter K Barker

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION<br><br>*Plaintiff*<br><br>v.<br><br>Alan Boeckmann et al<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   3:21-CV-00353-N |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deborah D McWhinney

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____02/22/2021_____                         _____
                                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION<br>_____<br>*Plaintiff*<br><br>v.<br><br>Alan Boeckmann et al<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br> |

Civil Action No.   3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Biggs C Porter

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____02/22/2021_____          _____
                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION <br> _____ <br> *Plaintiff* <br><br> v. <br><br> Alan Boeckmann et al <br> _____ <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No.  3:21-CV-00353-N |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bruce A Stanski

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION <br> *Plaintiff* <br> v. <br> Alan Boeckmann et al <br> *Defendant* | ) ) ) ) ) ) ) |

Civil Action No.  3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew McSorley

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) |
| *Plaintiff* | ) ) ) |
| v. | ) |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) ) |

Civil Action No. 3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gary G Smalley

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) ) |

Civil Action No.  3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  D Michael Steuert

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) |
| *Plaintiff* | ) ) |
| v. | ) ) |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) ) |

Civil Action No.   3:21-CV-00353-N

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robin K Chopra

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore Carl Anderson, III
                                          Kilgore & Kilgore PLLC
                                          3109 Carlisle, Suite 200
                                          Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:       02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) |

Civil Action No.  3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven Gittins

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) |
| *Plaintiff* | ) ) |
| v. | ) |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) ) |

Civil Action No.   3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nader H Sultan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____02/22/2021_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION <br><br> *Plaintiff* <br><br> v. <br><br> Alan Boeckmann et al <br><br> *Defendant* | ) ) ) ) ) ) ) |

Civil Action No.  3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph W Prueher

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        02/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:21-CV-00353-N |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Samuel J Locklear, III

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/22/2021_____                          _____
                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) |
| *Plaintiff* | ) ) |
| v. | )   Civil Action No.  3:21-CV-00353-N |
| Alan Boeckmann et al | ) |
| *Defendant* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lynn C Swann

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 02/22/2021 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Joan Goodman on Behalf of Herself and Derivatively on Behalf of FLUOR CORPORATION | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Alan Boeckmann et al | ) ) |
| *Defendant* | ) |

Civil Action No.  3:21-CV-00353-N

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fluor Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Theodore Carl Anderson, III
Kilgore & Kilgore PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     02/22/2021

*Signature of Clerk or Deputy Clerk*